STATE OF PENNSYLVANIA

COUNTY OF Lycoming                    :SS

I, Karen Erdely, knowing I will be duly sworn, depose and state: I have been advised by Postal Inspector Cory Werling of my Constitutional Rights against self-incrimination by signing PS Form 1067, Warning and Waiver of Rights. I wish to make the following statement of my own free will, without any threats or promises being made to me:

Starting about in 1996, I learned how to write ads (pen pal clubs). At first it started as a pastime, but, the money came in so easy, and I got caught up. I'd place ads in Several (Sheela) Examiner, Sun the Globe. It would be placed in all three. I've lied and told people what they wanted to hear in order to get money. It seemed like the more I received the more I wanted. I didn't know how to stop because I was so deep into the lies. I continued to write in order to prevent this.

I made promises, eventually leading to marriage that I didn't intend to keep. I also told them that I loved them.

Some of the people I wrote to and received money from are

Page 1 of 3
Exhibit A

Exhibit 66 Page 1

Lester Miller (K.E.)          unknown victim from PA
Leroy Braun (K.E.)            Walter Dyer (K.E.)
~~Lester Miller~~ (K.E.)      David Gilbert (K.E.)
Frankie Lawhorn (K.E.)        Donald Hayes (50)
Roger Jones (K.E.)            Ricky Reynolds (50)
            George Schmitt (K.E.)
Ralph Radcliffe (K.E.)
            William Temple (K.E.)

~~Into~~ I also internally wrote John Czech with the same intentions, But developed feelings and a realtionship with him.

I used the money to support my kids, drugs, and gave most of it aways.

I estimate I recieved about 100,000 over the years from this scam.

I would recieve the money orders and sign them over to Dinha Gagich. She would then send them out to Boyfriend Antonio Gare. and Antonio Gare supplied us with herion, he would send it in the seam of a hard cover book.

I gave money orders to ~~Anna~~ Larry Campbell he did favors for

Exhibit 66   Page 2

& me, like went to the Book Store, and sent me Books, and kept the change, he was aware of the scam that Nancy and I were involved in, and accept the money orders from some of our victims anyway.

I did share some of the responses to my ad with other girls in the prison, and these girls wrote on there own. I received money on one occasion from Sharonne Ross for helping her obtain money $500.00 in this scam.

I do not write anyone any more except John Czech. I knew that it was wrong to do this in the first place but I couldn't stop myself. I will be as open and honest as possible

I have read this statement (had this statement read to me) which consists of __3__ page(s) and the facts contained therein are true and correct to the best of my knowledge. I have also been told that swearing to a false statement can make me guilty of a crime.

Signature: Karen Erdely
Social Security Number: 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

Subscribed and Sworn to before me this 6th day of MAY, 2003, at MUNCY, PA.

Postal Inspector: Cory J Werking

Witness: James T Stumpo
Title: Detective Erie Police

Exhibit 66 Page 3