**MEMORANDUM OF NON-JURY TRIAL**

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

Plaintiff

vs.                                            No. CRIM 04-41E

KAREN ANN ERDELY (1)

Defendant

**HEARING ON** SENTENCE

Before Judge MAURICE B. COHILL, JR.,

Christian Trabold, AUSA                        Daniel Braebender, Esq.

*Appear for Plaintiff*                         *Appear for Defendant*

Hearing begun 9:00 a.m. 10-4-05                Hearing adjourned to

Hearing concluded C.A.V. 10:30 a.m. 10-4-05    Stenographer Mickey Powers

**WITNESSES:**

*For Plaintiff*                                *For Defendant*

Argument + Evidence on Defendant's Objections heard. Government Witness #1 - Cory Werling (Postal Inspector) [7 exhibits offered, but not admitted] (52,156) (9500) (50) (350)
Def. Wit #1 Karen Ann Erdely. 4 victims removed Miller, Czech, Hayes + Dyer. Restitution adjusted accordingly. 17/VI, 51-60, 2-3, $100 s.a. 106,261.88, 5000-50000, Defendant is sentenced to 60 months, consecutive to any sentence Defendant is currently serving; 3 years sup. release; Rest = $106,261.88 (interest waived) Counts 2-11 + Count 13 are dismissed pursuant to terms of plea agreement